UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LUCIEN P. BAZLEY (#358366)

VERSUS

WARDEN PRINCE, ET AL.

CIVIL ACTION

NO. 13-520-JJB-SCR

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the Court on a Motion (doc.20) to Dismiss brought by the Defendants, Warden Prince, Warden Tilman, Lt. Col. Beary, Col. Skeals, Msgt. Diggs, Msgt. N, Capt. Avasris, Lt. Hademan, Lt. Jones, Lt. Staward, Lt. Cochren, Sgt. Patson, Sgt. Smith, and an unidentified Sgt. In the Report and Recommendations (doc. 25) of United States Magistrate Judge Stephen Riedlinger, dated May 8, 2014, the Magistrate Judge recommended that the Motion to Dismiss be granted. Subsequently, the Plaintiff filed an Objection (doc. 26) to the Report and Recommendations.

The Court has considered the motion and objection, the record, the applicable law, and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger. The Court finds that the Magistrate Judge's findings of fact, conclusions of law, and recommendations are correct and that the Plaintiff's objection consists of arguments that have been properly considered and resolved by the Magistrate Judge.

After review, the Court hereby AFFIRMS and ADOPTS the Magistrate Judge's Report and Recommendations (doc. 26). Accordingly, the Plaintiff's claims for compensatory damages pursuant to 42 U.S.C. §1997(e) and the claim that Plaintiff was issued a false disciplinary report are dismissed without leave to amend. The remainder of the Plaintiff's claims are dismissed, unless Plaintiff files an amended complaint that allege specific facts which state a claim against

each defendant upon which relief may be granted within 21 days. The claims against Msgt. Diggs, Msgt N, Capt. Avasris, Lt. Jones, Sgt. Patson, Sgt. Smith and Lt. Staward are dismissed pursuant to Fed.R.Civ.P.4(m), unless Plaintiff shows cause, in writing, within 21 days, why the claims against these defendants should not be dismissed for failure to timely serve them.

Baton Rouge, Louisiana, this 9th day of July, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA