UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUCIEN P. BAZLEY (#358366)

VERSUS

WARDEN PRINCE, ET AL.

CIVIL ACTION

NO. 13-520-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated January 23, 2015 (doc. no. 31). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion to Dismiss is granted and the claims against defendants Warden Prince, Warden Tilman, Lt. Col. Barrere, Col. Seals, St. Hardeman and Lt. Cochran are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and without further leave to amend. Further, the plaintiff's claims against defendants Msgt. Diggs, Lt. Jones, Sgt. Smith, Sgt. Patson, Msgt. N, Sgt. Unknown, Capt. Avasris and Lt. Staward are dismissed for failure to timely serve these defendants pursuant to Rule 4(m), Fed.R.Civ.P., and this action is DISMISSED.

Baton Rouge, Louisiana, this 174 day of February, 2015.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA